Stephen A. HODGSON, Plaintiff–Appellant

v.

Tom ROY; Joan Fabian; John King; Michelle Smith; Joseph Hobson; Bruce Julson; David Reishus; Sheryl Vezner; Greg Lindell; John Doe; Jane Doe, sued in their individual and official capacities, Defendants–Appellees.

No. 12–3018.

United States Court of Appeals, Eighth Circuit.

Submitted: March 26, 2013.

Filed: March 29, 2013.

Stephen A. Hodgson, Bayport, MN, pro se.

Angela Behrens, Attorney General's Office, Saint Paul, MN, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Stephen Hodgson appeals the district court's [1] judgment for defendants in his 42 U.S.C. § 1983 action in which he claimed, as relevant, that his First Amendment rights were violated when mailroom staff

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

at the Minnesota Correctional Facility in Stillwater confiscated mail sent to him in May 2010. Following careful review, we hold that the district court did not err in granting defendants summary judgment. *See Mason v. Corr. Med. Servs.,* 559 F.3d 880, 884–85 (8th Cir.2009) (de novo review of summary judgment). This court lacks jurisdiction to consider the district court's denial of Hodgson's motion for a temporary restraining order. *See Hamm v. Groose,* 15 F.3d 110, 112–13 (8th Cir.1994).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.